Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
ARTHUR D. SULIT, an individual

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. SULIT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUND CHOICE, INC., a Delaware corporation, DEREK SLEP, an individual, KURT SLEP, an individual, JONATHAN BANKS, an individual<br><br>Defendants. | No. C 06 0045 MJJ<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] CMC SCHEDULING ORDER**<br><br>Date: April 11, 2006<br>Place: Courtroom 11, 19th Floor<br>Time: 2:00 PM |

Plaintiff hereby requests the Court continue the Case Management Conference originally scheduled herein for April 11, 2006. The reasons for plaintiff's request are as follows:

1. Defendants have not yet been served. Plaintiff resources have been devoted to other, unrelated litigation in California and elsewhere. Defendants shall be served within 120 days of filing of the complaint.

2. Plaintiff's attorney Ray K. Shahani is traveling outside of the U.S. on business and pleasure from March 29 through April 11, 2006. Mr. Shahani's flight is currently scheduled to returns to SFO airport at 10:57 AM on April 11, 2006.

3. Since defendants have not yet been served, it would preserve the Court's resources to continue the Case Management Conference in this matter until such time as defendants have been served and have had an opportunity to review the matter and can present their factual and legal issues which may only arise between now and then, i.e., after the defendants have been served with the summons and complaint.

1

2    RAY K. SHAHANI
     ATTORNEY AT LAW
3
     Dated: March 28, 2006          By: _____
4                                       Ray K. Shahani, Esq.
                                        **Attorney for Plaintiff SULIT**
5

6

7    **[PROPOSED] CASE MANAGEMENT CONFERENCE SCHEDULING ORDER**

8    The Case Management Conference is hereby continued to 2:00 PM on ~~August 8, 2006~~ or
     JULY 11, 2006
9    _____.

10
     IT IS SO ORDERED.
11

12
     Date: 4/5/2006                      _____
13                                       **MARTIN J. JENKINS**
                                         United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Ray K. Shahani, Esq., Attorney at Law*
Technology and Intellectual Property Matters
477 Ninth Avenue, Suite 112, San Mateo, CA 94402  Tel: (650) 348-1444  Fax: (650) 348-8655  Email: rks@attycubed.com  Website: attycubed.com