**RECEIVED** MAY 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR D. SULIT, an individual

Plaintiff,

v.

SOUND CHOICE, INC., a Delaware corporation, DEREK SLEP, an individual, KURT SLEP, an individual, and JONATHAN BANKS, an individual,

Defendants.

Case No. 3:06-cv-00045-MJJ

E-filing

**ORDER**

FILED MAY 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This Matter is before the Court on Defendants' Motion for an Extension of Time to Respond to Plaintiff's complaint. Having considered Defendants' Motion and reviewed the pleadings, the Court enters the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for an Extension of Time to Respond to Plaintiff's complaint is **GRANTED**, and Defendants are allowed up to and inclusive of June 25, 2006, to answer or otherwise plead.

This Order is entered in response to Defendants' Motion for an Extension of Time to Respond (#___).

This the 31 day of May, 2006.

Martin J. Jenkins
United States Judge