Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
ARTHUR D. SULIT, an individual

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR D. SULIT, an individual

    Plaintiff,

vs.

SOUND CHOICE, INC., a Delaware corporation, DEREK SLEP, an individual, KURT SLEP, an individual, JONATHAN BANKS, an individual

    Defendants.

No. C 06 0045 MJJ

STIPULATION AND [PROPOSED] ORDER *RE* DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF NORTH CAROLINA

Date: August 22, 2006
Time: 9:30AM
Court Room: 11

Honorable Martin J. Jenkins
United States District Judge

**STIPULATION AND [PROPOSED] ORDER *RE* DEFENDANTS' MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF NORTH CAROLINA**

WHEREAS, the parties have agreed and wish to continue the hearing date for both Motions to Dismiss or Transfer to the Western District of North Carolina, filed by (1) Kurt Slep, Derek Slep and Jonathan Banks, and (2) Sound Choice, Inc., from August 22, 2006 to September 12, 2006.

It is hereby stipulated by the attorneys of the parties, subject to the approval of the Court, that:

1. The Hearing for Motion to Dismiss or Transfer to the Western District of North Carolina filed by Kurt Slep, Derek Slep and Jonathan Banks, scheduled for August 22, 2006, be continued to September 12, 2006.

2. The Hearing for Motion to Dismiss or Transfer to the Western District of North

Carolina, filed by Sound Choice Inc., scheduled for August 22, 2006, be continued to September 12, 2006.

    3. The opposition and reply deadlines be shifted to correspond to the new hearing dates.

    4. This Stipulation and Order shall remain in full force and effect throughout this action until modified, superseded or terminated by order of the Court or by agreement of the parties.

Date: 7-17-2006    Plaintiff's Counsel   _____ Signature

Plaintiff's Counsel   Ray K. Shahani, Esq.
Printed Name

Date: 7/17/06    Defendants' Counsel   _____ Signature

Defendants' Counsel   Neil A. Smith, Esq.
Printed Name
Nathaniel Bruno, Esq.
Printed Name

ORDER OF THE COURT

IT IS SO ORDERED.
Date: 7/20/2006

Honorable Martin J. Jenkins
United States District Judge

///

Ray K. Shahani, Esq., Attorney at Law
Technology and Intellectual Property Matters
477 Ninth Avenue, Suite 112, San Mateo, CA 94402 Tel: (650) 348-1444 Fax: (650) 348-8655 Email: rks@attycubed.com Website: attycubed.com

Stipulation and ~~Proposed~~ Order
SULIT v. SOUND CHOICE INC. et al.     Page 2 of 3     Case No. C 06-0045 MJJ
StipOrderMotionToDismiss 071706-1.wpd

## PROOF OF SERVICE

I, Leo Lai, declare:

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 477 Ninth Avenue, Suite 112, San Mateo, California 94402. I am personally familiar with the business practice of Ray K. Shahani, Attorney at Law. On __July 18 006__, I served the following document(s):

1. **STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF NORTH CAROLINA**

by sending electronic mails to the following parties:

Mr. Russell Marcoux Racine, Esq.
Dougherty | Clements
Email: rracine@worldpatents.com

Mr. Neil A. Smith, Esq.
Mr. Nathaniel Bruno, Esq.
Sheppard Mullin Richter & Hampton LLP
Email: nsmith@sheppardmullin.com
       Nbruno@sheppardmullin.com

____ (By First Class Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.
____ (By Express Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.
____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the email address(es) indicated above.

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that is declaration was executed at San Mateo, California.

DATED: July 18 2006                    /s/Leo Lai
                                       Leo Lai