David E. Newhouse, Esq. SBN 54,217
Newhouse and Associates
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-8652
Facsimile: (650) 348-8655

Attorney for Plaintiff
ARTHUR D. SULIT, an individual

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. SULIT, an individual | |
| Plaintiff, | No. C 06 0045 MJJ |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| SOUND CHOICE, INC., a Delaware corporation, DEREK SLEP, an individual, KURT SLEP, an individual, JONATHAN BANKS, an individual | Honorable Martin J. Jenkins United States District Judge |
| Defendants. | |

SUBSTITUTION OF ATTORNEY

NOTICE IS HEREBY GIVEN to all parties that I, Arthur D. Sulit, hereby substitute David E. Newhouse, California State Bar No.54,217, whose name and address appear below, as my Attorney of Record in place of Ray K. Shahani.

Date: 8/10/06     Plaintiff  _[signature]_
                              Signature

                              Arthur D. Sulit
                              Printed Name

David E. Newhouse, Esq.
Newhouse & Associates
477 Ninth Avenue, Suite 112
San Mateo, California 94402
Tel: 650-348-8652, Fax: 650-348-8655, E-mail: den@attycubed.com

CONSENT

I, David E. Newhouse, hereby consent to substitute in as Attorney of Record for Arthur D. Sulit in place of Ray K. Shahani.

Date: Aug 10, 2006

_____
Signature

David E. Newhouse, Esq.
Printed Name

CONSENT

I, Ray K. Shahani, consent to the substitute of Attorney of Record for Arhtur D. Sulit in the herein case.

Date: 8-10-2006

_____
Signature

Ray K. Shahani, Esq.
Printed Name

///

# PROOF OF SERVICE

I, Leo Lai, declare:

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 477 Ninth Avenue, Suite 112, San Mateo, California 94402. I am personally familiar with the business practice of Ray K. Shahani, Attorney at Law. On __August 10, 2006__, I served the following document(s):

**1. SUBSTITUTE OF ATTORNEY**

by sending electronic mails to the following parties:

Mr. Russell Marcoux Racine, Esq.
Dougherty | Clements
Email: rracine@worldpatents.com

Mr. Neil A. Smith, Esq.
Mr. Nathaniel Bruno, Esq.
Sheppard Mullin Richter & Hampton LLP
Email: nsmith@sheppardmullin.com
Nbruno@sheppardmullin.com

____ (By First Class Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

____ (By Express Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the email address(es) indicated above.

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that is declaration was executed at San Mateo, California.

DATED: August 10, 2006                         /s/Leo Lai
                                                                Leo Lai