IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. SULIT,<br><br>          Plaintiff,<br><br>     v.<br><br>SLEP-TONE ENTERTAINMENT., ET AL.<br><br>          Defendants.<br>_____/ | No. C06-00045 MJJ<br><br>**ORDER VACATING HEARING AND ORDERING SUPPLEMENTAL BRIEFING** |

Before the Court is Defendants Slep-Tone Entertainment Corporation, Innovative Multimedia Solutions LLC, Derek Slep, Kurt Slep, and Jonathan Banks' (collectively "Defendants") Combined Motion to Strike and Renewed Motion to Dismiss.[1] Plaintiff Arthur D. Sulit ("Plaintiff" or "Sulit") opposes the motion. The matter is scheduled for hearing on November 7, 2006.

In Plaintiff's Opposition brief, Plaintiff claims that the timing of the Court's Discovery Order[2] caused Plaintiff to oppose the pending motions "without the benefit of either the Rule 26(a)(1) initial disclosures, or the initial disclosures of materials relevant to the pending dismissal requests." (Plaintiff's Opposition, 2:20-22.)

To assist the Court in resolving the pending motions and to afford Plaintiff a reasonable opportunity to present and argue all relevant materials received pursuant to the Court's Discovery

---

[1] Docket No. 63.

[2] Docket No. 66. (Ordering that on October 27, 2006, pursuant to Rule 26 of the Federal Rules of Civil Procedure, the parties shall make initial disclosures of all materials that are relevant to Defendants' pending motion to dismiss brought under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2).)

Order, the Court hereby **VACATES** the hearing set for November 7, 2006 and **ORDERS** as follows:

Plaintiff shall file a Supplemental Opposition Brief, not exceeding 5 pages in length, addressing only those new arguments arising from the materials produced by Defendants pursuant to the Court's Discovery Order.  Plaintiff's Supplemental Opposition Brief shall be filed by November 6, 2006.  Defendants may file a Responsive Supplemental Reply Brief, not exceeding 5 pages, by November 8, 2006.  Defendants shall limit their discussion only to the specific issues raised in Plaintiff's Supplemental Opposition Brief and shall not present new arguments to the Court.  The matter is set for hearing on **November 14, 2006** at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: November 3, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE