| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza Ste 112<br>477 Ninth Avenue<br>San Mateo, Ca. 94402-1858<br>Attorney for Plaintiff Arthur D. Sulit | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com | For Court Use Only |
|---|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR D. SULIT, an individual<br>Plaintiff<br>v.<br>SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation dba as SOUND CHOICE®,<br>DEREK SLEP, an individual, KURT SLEP, an individual<br>JONATHAN BANKS, an individual, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Defendants | **Case No. C06-00045 MJJ** |
|---|---|
| **AND** ||
| INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Plaintiff<br>v.<br>ARTHUR D. SULIT, an individual<br>Defendant | **Case No. C06-03793 MJJ** |

**[PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**
**AND**
**RE-SCHEDULING MEDIATION SESSION**

1   UPON THE STIPULATION AND AGREEMENT OF THE PARTIES AND FINDING GOOD
2   AND SUFFICIENT CAUSE, THE MEDIATION DEADLINE FOR THE ABOVE ACTIONS SHALL
3   BE EXTENDED TO JANUARY, 25, 2007 AND THE INITIAL MEDIATION SESSION IS
4   RESCHEDULED FOR NOVEMBER 28, 2007, AT 9:00 AM AT THE MEDIATOR'S SAUSALITO, CA
5   OFFICES.                        **IT IS SO ORDERED**
6   Dated  10/10/07                 _____
7                                   Honorable District C____ ___kins

*[Signature: Martin J. Jenkins]*
*Judge Martin J. Jenkins*