**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ARTHUR D. SULIT,                          No. C06-00045 MJJ

12 |         Plaintiff,                         **ORDER REQUIRING SUPPLEMENTAL BRIEFING**

13 |     v.

14 | SLEP-TONE ENTERTAINMENT, dba SOUND CHOICE INC., et al.,

15

16 |         Defendants.                                    /

17

        Before the Court is Defendants' Motion to Dismiss for Failure to Join a Necessary Party.

18
19 (Docket No. 86.)  After consideration of the motion, the supporting and opposing memoranda, the

Court hereby orders the parties to submit supplemental briefing on this matter.

20
        Plaintiff and Defendants are **ORDERED** to file supplemental briefs addressing whether it is

21
feasible, under Federal Rule of Civil Procedure 19, for SLS Technology, Inc. to be joined in this

22
action.  Specifically, the briefs shall address whether the Court has personal jurisdiction over SLS

23
Technology, Inc.  Plaintiff and Defendant shall each file a letter brief no longer than **2 pages** in

24
length **by close of business Tuesday, October 30, 2007**.

25 //

26 //

27 //

28 //

**United States District Court**

For the Northern District of California

1      The Court **VACATES** the October 30, 2007 hearing in this matter.  This matter is submitted

2   on the papers unless the Court finds, after review of the supplemental briefs, that a hearing is

3   necessary.

4

5   **IT IS SO ORDERED.**

6

7   Dated: October 24, 2007                    _____

8                                              MARTIN J. JENKINS
                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2