| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza Ste 112<br>477 Ninth Avenue<br>San Mateo, Ca. 94402-1858<br>Attorney for Plaintiff Arthur D. Sulit | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com | For Court Use Only |
|---|---|---|

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR D. SULIT, an individual<br>Plaintiff<br>v.<br>SLEP-TONE ENTERTAINMENT CORPORATION,<br>a North Carolina Corporation dba as SOUND CHOICE®,<br>DEREK SLEP, an individual, KURT SLEP, an individual<br>JONATHAN BANKS, an individual, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Defendants | **Case No. C06-00045 MJJ** |
|---|---|

**AND**

| INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Plaintiff<br>v.<br>ARTHUR D. SULIT, an individual<br>Defendant | **Case No. C06-03793 MJJ** |
|---|---|

## [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE

UPON THE STIPULATION AND AGREEMENT OF THE PARTIES AND FINDING GOOD AND SUFFICIENT CAUSE, THE MEDIATION DEADLINE CURRENTLY SET FOR JANUARY 25, 2008, FOR THE ABOVE ACTIONS SHALL BE CONTINUED. WITHIN 15 DAYS AFTER THE PARTIES' JANUARY 24, 2008, CONFERENCE, THE PARTIES SHALL FILE A STATEMENT INDICATING WHEN THEY BELIEVE MEDIATION SHOULD BE HELD.

**IT IS SO ORDERED**

Dated _12/13/07_               _____
                               Honorable District Court Judge Martin J. Jenkins

*[Signature and seal: Judge Martin J. Jenkins, United States District Court, Northern District of California]*

---
*Newhouse & Associates*                Order Extending Mediation Deadline                Page 1
477 Ninth Ave. 112 San Mateo, CA 94402-1858 Tel: 650-348-8652 Fax: 650-348-8655 email: den@attycubed.com