CLEMENTS WALKER
RUSSELL M. RACINE (appearance *pro hac vice*)
1901 Roxborough Rd., Ste. 300
Charlotte, NC 28211
Telephone: 704-790-3600
Facsimile: 704-366-9744
Electronic mail: rracine@worldpatents.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Electronic mail: nsmith@sheppardmullin.com
                 nbruno@sheppardmullin.com

Attorneys for
SLEP-TONE ENTERTAINMENT CORPORATION
and INNOVATIVE MULTIMEDIA SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR D. SULIT, an individual,<br>　　　　Plaintiff,<br>　v.<br>SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation dba SOUND CHOICE®, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, registered and existing under the laws of Delaware,<br>　　　　Defendants/Third-Party Plaintiffs,<br>　v.<br>SLS TECHNOLOGY, INC., a Mississippi Corporation,<br>　　　　Third-Party Defendant. | Case No. 3:06-cv-00045-MJJ<br><br>**STIPULATION REGARDING MEDICAL RELATED DAMAGES and [PROPOSED] ORDER THEREON** |
| and<br>INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, registered and existing under the laws of Delaware,<br>　　　　Plaintiff,<br>　v.<br>ARTHUR D. SULIT, an individual<br>　　　　Defendant. | Case No. 3:06-cv-03793-MJJ |

-1-

## STIPULATION

Plaintiff/Defendant Arthur D. Sulit (SULIT) identified certain individuals in his initial disclosures that allegedly have knowledge of Mr. Sulit's medical condition after Defendant/Plaintiff Innovative Multimedia Solutions, LLC, (IMS) served proceedings against him in the United States District Court for the District of South Carolina, Rockville Division, Case No: 05-cv-02747 on October 13, 2005, and subsequently in the U.S. District Court for the Western District of North Carolina in December 2005 transferred by that court to this Court under doctrines of inconvenient forum. SULIT identified in the Rule 26(a)(1) Initial Disclosures served on his behalf, witnesses who could testify regarding their specific knowledge of his medical difficulties and treatments received in California following the initiation of these legal proceedings on October 13, 2005.

In a telephone conference on January 2, 2008, Counsel for Sulit and Defendants/Plaintiff Slep-Tone Entertainment Corporation (SLEP-TONE) and IMS, discussed and agreed to stipulate and be legally bound to the following:

1. SULIT does not assert and will not assert any claims for damages compensating him for economic medical expenses against any party based upon the alleged medical difficulties or conditions or other health related matter disclosed in his FRCivP Rule 26(a)(1) Initial Disclosures served on SLEP-TONE & IMS.

2. SULIT will not seek as special damages compensation for the medical difficulties he experienced and the related medical expenses incurred in periods after October 13, 2005.

3. The following individuals identified in SULIT's Initial Disclosures shall not be asked to testify as a witness, or to produce documents or records, or otherwise be required to provide evidence in these proceedings.

    a. Dr. Mai and Assistants
    b. Dr. Miriam Borlaza-Diaz

-2-

W02-WEST:6NB1\400650537.1
Case Nos. 3:06-cv-00045-MJJ and
3:06-cv-03793-MJJ

STIPULATION REGARDING MEDICAL RELATED
DAMAGES, AND [■■■■■■] ORDER THEREON

|   |   |
|---|---|
| 1 | c. Kaiser Permanente Emergency Room Staff |
| 2 | 4. Dr. Hector Sulit, M.D., may not testify, offer evidence, or otherwise give information regarding Sulit's medical condition or health, either physical or mental. |
| 5 | 5. Rafael Betancourt-Zamora may not testify, offer evidence, or otherwise give information regarding Sulit's medical condition or health, either physical or mental. |
| 6 | 6. Third-Party Defendant SLS Technology, Inc., has not appeared in Case No. 3:06-cv-00045-MJJ and is not bound by this stipulation. |
| 9 | 7. SULIT shall not be precluded by this stipulation from offering non-medical evidence bearing on the amount of general damages compensating him for all the detriment proximately caused by any liable or slander alleged and proved, whether anticipatable or not, i.e. loss of reputation, shame, mortification, and hurt feelings [See CA CC § 43(4)(a)], nor shall SULIT be precluded from offering evidence of special damages he has suffered with respect to his property, business, trade, profession, or occupation including amounts of money he expended only as a result of an alleged and proved liable/slander except to the extent that any such evidence or expenses relate to his medical conditions. [See CA CC § 43(4)(b)] |

**READ, CONFIRMED, STIPULATED, AND AGREED TO BY:**

Date: January 10, 2008

*David E. Newhouse*
Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US
Date: 2008.01.10 10:48:08 -08'00'

David E. Newhouse, Attorney for
Plaintiff/Defendant Arthur D. Sulit

Date: January ____, 2008

*[signature]*

Russell M. Racine, Attorney for Defendants/Plaintiff
Slep-Tone Entertainment Corporation and
Innovative Multimedia Solutions, LLC

-3-

| | |
|---|---|
| 1 | As the attorney e-filing this document, and pursuant to General Order No. 45, I attest that David E. Newhouse and Russell M. Racine have concurred in the filing of this document. |
| 2 | /s/ Nathaniel Bruno |
1  As the attorney e-filing this document, and pursuant to General Order No. 45, I attest that David E.
2  Newhouse and Russell M. Racine have concurred in the filing of this document.
   /s/ Nathaniel Bruno
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W02-WEST:6NB1\400650537.1
Case Nos. 3:06-cv-00045-MJJ and
3:06-cv-03793-MJJ

STIPULATION REGARDING MEDICAL RELATED
DAMAGES, AND [███████] ORDER THEREON

# ORDER

PURSUANT TO THE ABOVE STIPULATION AND FOR GOOD CAUSE SHOWN,

**IT IS SO ORDERED.**

Dated: 1/14/2008

_____
The Honorable Martin J. Jenkins
United States District Court Judge