IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. SULIT,<br><br>    Plaintiff,<br><br>  v.<br><br>SLEP-TONE ENTERTAINMENT CORPORATION, et al.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>  v.<br><br>SLS TECHNOLOGY, INC.,<br><br>    Third-Party Defendant.<br>_____/<br>and related case<br>_____/ | No. C 06-0045 MMC<br><br>No. C 06-3793 MMC<br><br>**ORDER EXTENDING MEDIATION DEADLINE** |

    The Court having read and considered the parties' respective statements regarding the mediation deadline, and having in mind this district's preference for mediation at the earlier stages of the litigation, as well as the fact that another form of ADR, specifically, a settlement conference, has been scheduled for July 2008, the mediation deadline is

//

hereby EXTENDED to March 31, 2008.

**IT IS SO ORDERED**.

Dated: February 22, 2008

_____
MAXINE M. CHESNEY
United States District Judge