IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. SULIT,<br><br>        Plaintiff,<br><br>  v.<br><br>SLEP-TONE ENTERTAINMENT CORPORATION, et al.,<br><br>        Defendant/Third-Party Plaintiffs,<br><br>  v.<br><br>SLS TECHNOLOGY, INC.,<br><br>        Third-Party Defendant.<br>_____/ | No. C 06-0045 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL AND MOTION TO DEEM MATTERS ADMITTED** |

      Pursuant to Civil Local Rule 72-1, the following two motions, each filed February 5, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar: (1) defendants' "First Motion to Compel Discovery Responses from Plaintiff"; and (2) defendants' "Motion to Deem Matters Admitted."

      Counsel will be advised of the date, time and place of the next appearance by notice

//

from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: March 3, 2008

MAXINE M. CHESNEY  
United States District Judge

---

[1] The April 4, 2008 hearing date before the undersigned is vacated.