CLEMENTS | BERNARD | MILLER
RUSSELL M. RACINE (appearance *pro hac vice*)
1901 Roxborough Rd., Ste. 300
Charlotte, NC  28211
Telephone:    704-790-3600
Facsimile:     704-366-9744
Electronic mail:        rracine@worldpatents.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Electronic mail:        nsmith@sheppardmullin.com
                       nbruno@sheppardmullin.com

Attorneys for SLEP-TONE ENTERTAINMENT
CORPORATION and INNOVATIVE
MULTIMEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR D. SULIT, an individual, <br>          Plaintiff, <br>   v. <br><br> SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation dba SOUND CHOICE®, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, registered and existing under the laws of Delaware, <br>          Defendants/Third-Party Plaintiffs, <br>   v. <br><br> SLS TECHNOLOGY, INC., a Mississippi Corporation, <br>          Third-Party Defendant. | Case No. C-06-00045-MMC <br><br> MOTION OF JASON S. MILLER TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS, AND [PROPOSED] ORDER THEREON <br><br> [Civil L.R. 11-5] <br><br> Honorable Maxine M. Chesney <br> United States District Judge |

**MOTION OF JASON S. MILLER TO WITHDRAW AS CO-COUNSEL**

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Northern District of California Civil Local Rule 11-5, Jason S. Miller, Esq. of CLEMENTS | BERNARD | MILLER, previously admitted *pro hac vice* as co-counsel for Defendants/Third Party Plaintiffs Slep-Tone Entertainment Corporation ("Slep-Tone") and Innovative Multimedia Solutions, LLC ("IMS") (collectively "Defendants") in the above-captioned action, hereby moves to withdraw as co-counsel of record for Defendants with respect to the above-captioned action.

Defendants Slep-Tone and IMS have been informed of and have consented to Mr. Miller's withdrawal.  Plaintiff Arthur D. Sulit is being served with this Motion by means of this electronic filing, which is proper service on his counsel of record, Mr. David E. Newhouse, pursuant to Civil L.R. 5-6 and Northern District of California General Order No. 45.  Third Party Defendant SLS TECHNOLOGY INC. has already been defaulted in this action after never having appeared in the case.  (*See* Docket No. 135.)

With respect to Civil L.R. 11-5(b), there is no need for a substitution of counsel at this time, as Defendants Slep-Tone and IMS continue to have other counsel of record in this action, including Russell M. Racine of CLEMENTS | BERNARD | MILLER, as well as local counsel, Neil A. Smith and Nathaniel Bruno of SHEPPARD MULLIN RICHTER & HAMPTON LLP, as indicated on the caption above.

Granting this Motion will not prejudice Defendants Slep-Tone and IMS, nor will granting this Motion substantially delay the resolution of this matter.

DATED:  March 19, 2008

                          SHEPPARD MULLIN RICHTER & HAMPTON LLP


                    By       /s/ Nathaniel Bruno
                              NEIL A. SMITH
                              NATHANIEL BRUNO

                        Attorneys for Defendants

**ORDER**

In accordance with the above MOTION OF JASON S. MILLER TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS, which is incorporated herein by reference, and with good cause appearing therefor in accordance with Civil L.R. 11-5, the Court orders as follows:

1. **IT IS HEREBY ORDERED THAT** the withdrawal of Jason S. Miller of CLEMENTS | BERNARD | MILLER as co-counsel of record for Defendants/Third Party Plaintiffs Slep-Tone Entertainment Corporation and Innovative Multimedia Solutions, LLC with respect to the above-captioned action **IS GRANTED**.

**IT IS SO ORDERED.**

Dated: March 20, 2008

_____
Honorable District Judge Maxine M. Chesney