| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza Ste 112<br>477 Ninth Avenue<br>San Mateo, Ca. 94402-1858<br>Attorney for Plaintiff Arthur D. Sulit | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com |
|---|---|



Dated: March 28, 2008

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR D. SULIT, an individual<br>Plaintiff<br><br>v.<br><br>SLEP-TONE ENTERTAINMENT CORPORATION,<br>a North Carolina Corporation dba as SOUND CHOICE®,<br>DEREK SLEP, an individual, KURT SLEP, an individual<br>JONATHAN BANKS, an individual, and INNOVATIVE MULTIMEDIA<br>SOLUTIONS, LLC<br>Defendants | **CASE. NO. C06-00045 MMC** |
|---|---|

### NOTICE OF DISMISSAL OF ACTION

[FRCivP Rule 41(a)]

1. PLEASE TAKE NOTICE: Plaintiff ARTHUR D. SULIT, an individual, hereby dismisses his
2. complaint against the Defendants in this action with prejudice and that this dismissal shall operate as *res*
3. *judicata* and as a collateral estoppel with regard to claims that have, or could have been asserted by
4. Plaintiff ARTHUR D. SULIT in this action and in related Civil Case No. 3:06-CV-03793-MMC entitled
5. *"Innovative Multimedia Solutions, LLC v. Arthur D. Sulit."*
6. Dated: March 26, 2008

**David E. Newhouse**  Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US
Date: 2008.03.26 10:29:28 -07'00'

David E. Newhouse, Esq. Attorney for Plaintiff ARTHUR D. SULIT