CLEMENTS | BERNARD | MILLER
RUSSELL M. RACINE (appearance *pro hac vice*)
1901 Roxborough Rd., Ste. 300
Charlotte, NC  28211
Telephone:	704-790-3600
Facsimile:	704-366-9744
Electronic mail:	rracine@worldpatents.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:	415-434-9100
Facsimile:	415-434-3947
Electronic mail:	nsmith@sheppardmullin.com
	nbruno@sheppardmullin.com

Attorneys for SLEP-TONE ENTERTAINMENT
CORPORATION and INNOVATIVE
MULTIMEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR D. SULIT, an individual,<br>　　　　　　Plaintiff,<br>　　v.<br><br>SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation dba SOUND CHOICE®, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, registered and existing under the laws of Delaware,<br>　　　　　　Defendants/Third-Party Plaintiffs,<br>　　v.<br><br>SLS TECHNOLOGY, INC., a Mississippi Corporation,<br>　　　　　　Third-Party Defendant. | Case No. 3:06-cv-00045-MMC<br><br>THIRD-PARTY PLAINTIFFS' NOTICE OF DISMISSAL OF ACTION AGAINST THIRD-PARTY DEFENDANT SLS TECHNOLOGY, INC.<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Honorable Maxine M. Chesney |

1

W02-WEST:6NB1\400768800.1
Case No. 3:06-cv-00045-MMC

THIRD-PARTY PLAINTIFFS' NOTICE OF DISMISSAL OF ACTION AGAINST THIRD-PARTY DEFENDANT SLS TECHNOLOGY, INC.

# NOTICE OF DISMISSAL OF ACTION

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Third-Party Plaintiffs Slep-Tone Entertainment Corporation and Innovative Multimedia Solutions, LLC hereby dismiss their third-party complaint against Third-Party Defendant SLS Technology, Inc. in this action with prejudice, and that this dismissal shall operate as *res judicata* and as a collateral estoppel with regard to claims that have been (or could have been) asserted by Third-Party Plaintiffs Slep-Tone Entertainment Corporation and Innovative Multimedia Solutions, LLC in this action and in related Northern District of California Civil Case No. 3:06-cv-03793-MMC entitled, "*Innovative Multimedia Solutions, LLC v. Arthur D. Sulit.*"

DATED:  March 28, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     /s/ Nathaniel Bruno
NEIL A. SMITH
NATHANIEL BRUNO

Attorneys for SLEP-TONE ENTERTAINMENT CORPORATION and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC

Dated:  March 28, 2008



2

W02-WEST:6NB1\400768800.1
Case No. 3:06-cv-00045-MMC

THIRD-PARTY PLAINTIFFS' NOTICE OF DISMISSAL OF ACTION AGAINST THIRD-PARTY DEFENDANT SLS TECHNOLOGY, INC.